JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 19, 2010

Check No. 2009277

Check Amount: $577.23

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43722-R | 00047 | MICHAEL DOUGLAS & BARBARA SUE JONES | 7 | XXXXX2598 | 16.74 | 0.00 | 16.74 |
| | | Original check written to: WILLOWBEND DIAGNOSTIC IMAGING 5025 PARK BLVD SUITE 500 BLDG A PLANO, TX 75093 | | | | | |
| 08-42348-R | 00026 | FELICIA CATLIN | 2 | XXXXX3926 | 5.07 | 100.82 | 105.89 |
| | | Original check written to: CITY OF DENTON C/O SAWKO AND BURROUGHS, LLP 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 09-40199-R | 00041 | JON EDWIN & LYDIA WILSON | 19 | XXXXX8DEN | 290.23 | 7.24 | 297.47 |
| | | Original check written to: LAKE DALLAS ISD C/O SAWKO AND BURROUGHS 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| 09-40199-R | 00042 | JON EDWIN & LYDIA WILSON | 18 | XXXXX8DEN | 153.31 | 3.82 | 157.13 |
| | | Original check written to: CITY OF LAKE DALLAS C/O SAWKO & BURROUGHS, LLP 1100 DALLAS DRIVE, SUITE 100 DENTON, TX 76205 | | | | | |
| | | | **TOTALS** | | **$465.35** | **$111.88** | **$577.23** |